1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  MICHAEL J. WILLIAMS,                          Civil No.    12-1484 AJB (WMc)

12                              Petitioner,

13          v.                                    **SUMMARY DISMISSAL OF**
                                                  **SUCCESSIVE PETITION PURSUANT**
14  DOMINGO URIBE, Jr., Warden,                   **TO 28 U.S.C. § 2244(b)(3)(A)**
                                                  **GATEKEEPER PROVISION**
15                              Respondent.

16          Petitioner, Michael J. Williams, a state prisoner proceeding pro se, has filed a Petition for

17  Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma

18  pauperis.  The Court does not rule on Petitioner's request to proceed in forma pauperis because

19  this case is summarily dismissed pursuant to 28 U.S.C. § 2244(b)(3)(A) as indicated below.

20                    **PETITION BARRED BY GATEKEEPER PROVISION**

21          The instant Petition is not the first Petition for a Writ of Habeas Corpus Petitioner has

22  submitted to this Court challenging his July 6, 2001 conviction in San Diego Superior Court case

23  No. SCE 211610.  On September 2, 2003, Petitioner filed in this Court a Petition for Writ of

24  Habeas Corpus in case No. 03cv1756.  In that petition, Petitioner challenged his conviction in

25  San Diego Superior Court case No. SCE 211610 as well.  On April 7, 2004, this Court denied

26  the petition because the first claim was procedurally barred and unexhausted, the second claim

27  was unexhausted and not cognizable on federal habeas review and denied the third claim on the

28  merits.  (*See* Order filed April 7, 2004, in case No. 03cv1756 J (POR) [Doc. No. 17].)

1    Petitioner is now seeking to challenge the same conviction he challenged in his prior

2  federal habeas petition.  Unless a petitioner shows he or she has obtained an Order from the

3  appropriate court of appeals authorizing the district court to consider a successive petition, the

4  petition may not be filed in the district court.  *See* 28 U.S.C. § 2244(b)(3)(A).  Here, there is no

5  indication the Ninth Circuit Court of Appeals has granted Petitioner leave to file a successive

6  petition.

7                                                    **CONCLUSION**

8    Because there is no indication Petitioner has obtained permission from the Ninth Circuit

9  Court of Appeals to file a successive petition, this Court cannot consider his Petition.

10 Accordingly, the Court **DISMISSES** this action without prejudice to Petitioner filing a petition

11 in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals.  ***The***

12 ***Clerk of Court is directed to mail Petitioner a blank Application for Leave to File a Second***

13 ***or Successive Petition or Motion Under 28 U.S.C. § 2254 or § 2255 together with a copy of***

14 ***this Order*** .

15    **IT IS SO ORDERED.**

16

17 **DATED:  June 21, 2012**

18                                                        _____

19                                                        **Hon. Anthony J. Battaglia**
                                                         **U.S. District Judge**

20

21

22

23

24

25

26

27

28